## A08A0759. ROTHSCHILD et al. v. COLUMBUS CONSOLIDATED GOVERNMENT et al.

(685 SE2d 730)

BARNES, Judge.

In *Rothschild II v. Columbus Consolidated Govt.*, 285 Ga. 477 (678 SE2d 76) (2009), the Supreme Court of Georgia reversed the judgment of this court, which had affirmed the trial court's dismissal of this action in *Rothschild v. Columbus Consolidated Govt.*, 291 Ga. App. 531 (662 SE2d 167) (2008).

Accordingly, our judgment in that case is vacated, the judgment of the Supreme Court is made the judgment of this court, and the trial court's dismissal is reversed.

*Judgment reversed. Johnson, P. J., and Phipps, J., concur.*

DECIDED AUGUST 31, 2009.

*Waldrep, Mullin & Callahan, Joseph L. Waldrep, Wasson, Sours & Harris, John D. Sours, McKoon, Thomas & McKoon, Joshua R. McKoon*, for appellants.

*Hatcher, Stubbs, Land, Hollis & Rothschild, Jorge Vega, Gregory S. Ellington, Page, Scrantom, Sprouse, Tucker & Ford, James C. Clark, Jr., Thomas F. Gristina*, for appellees.